968

No. 634.   McDaniel *v.* Campbell, Wyant & Cannon Foundry Co. et al.   Supreme Court of Michigan.   Certiorari denied.   *Thomas W. Finucan* for petitioner.   *Richard W. Galiher* for respondents.

No. 637.   Lemons et al. *v.* United States.   C. A. 4th Cir.   Certiorari denied.   *R. R. Ryder* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 638.   Jew Ten, alias George K. Jue, alias Jue Gar King, alias Chow Ka King, *v.* Immigration and Naturalization Service.   C. A. 9th Cir.   Certiorari denied.   *Joseph S. Hertogs* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for respondent.

No. 640.   Edens *v.* Arkansas.   Supreme Court of Arkansas.   Certiorari denied.   *Gus R. Camp* for petitioner.

No. 642.   Kansas City Transit, Inc., *v.* Kansas City Terminal Railway Co.   Supreme Court of Missouri. Certiorari denied.   *Albert Thomson* for petitioner.   *Richard S. Righter* for respondent.

No. 643.   Nature Food Centres, Inc., et al. *v.* United States.   C. A. 1st Cir.   Certiorari denied.   *Milton A. Bass* and *Solomon H. Friend* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *William W. Goodrich* for the United States.